# Court of Appeals
# of the State of Georgia

ATLANTA,　February 06, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0277.  DWAYNE ANDERSON v. THE STATE.**

In 2010, Dwayne Anderson pleaded guilty to escape, and the court sentenced him to ten years of probation. In 2018, the trial court revoked four years of Anderson's probation. Thereafter, Anderson filed a "motion to modify sentence," which the trial court denied on September 17, 2018. Anderson filed a direct appeal, but his appeal was dismissed because he failed to file an application for discretionary review. See Case No. A19A0645 (dismissed Dec. 12, 2018); see also OCGA § 5-6-35 (a) (5) (requiring an application to appeal from an order revoking probation); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Anderson then filed on January 8, 2019, this discretionary application, seeking to appeal the same order.

As an initial matter, "a party is not entitled to a second appeal from a single order." *Houston County v. Harrell*, 287 Ga. 162, 163 (695 SE2d 29) (2010). Moreover, an application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380

SE2d 57) (1989). Because Anderson filed this application 113 days after entry of the challenged order, it is also untimely.

For these reasons, Anderson's application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,__02/06/2019_____*

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*